If Plaintiff wishes to continue with his or her lawsuit, he or she should sign and return one copy of this notice to the Clerk of Court immediately.

## ACKNOWLEDGMENT OF RECEIPT and
## CERTIFICATION TO BE SIGNED AND RETURNED BY THE PLAINTIFF

I have read the above statements, and fully understand that I am obligated to pay the full filing fee, even if I do not have enough money at this time.

I have read the above statements, and fully understand that if this lawsuit is dismissed on grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, I may be barred from filing further lawsuits or appeal a judgment of this Court, and I may lose up to **180 days** of earned "good time" credits, if I am confined within the Mississippi Department of Corrections.

I have read the above statements, and fully understand that if the court finds this lawsuit was filed for a malicious purpose, or solely to harass the defendants, or that I testified falsely or otherwise knowingly presented false evidence or information to the court, I may lose earned "good time" credit, that has not yet vested, if I am confined in a Federal Correctional Facility.

02/04/2016
DATE

SIGNATURE OF PLAINTIFF

LAL BHATIA.
NAME OF PLAINTIFF (Please Print or type)

**Directions to the Plaintiff:**

Print your name here: LAL BHATIA

Print the Defendants name(s) here: LAL BHATIA

Print the number assigned to your case by the Clerk's office 5: 16 cv 11 KS - MTP
(Example: 3:13-cv-123-ABC-DEF)

PSP-3