| | | | |
|---|---|---|---|
| **UNITED STATES DISTRICT COURT** | | | |
| **OFFICE OF THE CLERK** | | | |
| **SOUTHERN DISTRICT OF MISSISSIPPI** | | | *MEMORANDUM* |

**TO:** LAL BHATIA, #97562-011      **DATE:** February 12, 2016
        ADAMS CO. CORRECTIONAL CENTER
        P. O. BOX 1600
        WASHINGTON, MISSISSIPPI 39190

**FROM:** Arthur Johnston, Clerk
        by: *Pro Se* Department

**SUBJECT:** Civil Action Number 5:16-cv-11-KS-MTP
        05:702 Administrative Procedure Act
        Lal Bhatia, #97562-011 v. United States of America, et al.

This Memorandum is written to acknowledge receipt of the filing fee of $400.00 on February 11, 2016.

You are advised that the plaintiff is responsible for service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure.

If you elect to have **summons** issued in this case, it involves the following:

1) You are required to complete the enclosed summons forms and return them to this Court. A copy of the complaint should be attached to each summons you submit for issuance. You should submit two copies of the summons along with each original summons you submit for issuance. Summons are enclosed.

2) You are required to provide a self-addressed, stamped envelope.

3) The Court will issue the properly completed summons(es), and return the summons(es) to you in the self-addressed, stamped envelope you provide to the Court.

4) Once the court issues the summons(es), <u>the summons(es) will be returned to you for service in compliance with Rule 4 of the Federal Rules of Civil Procedure.</u> This includes filing a proof of service as required by Rule 4(1).

If you elect to send a **Notice and Request of Waiver of Lawsuit**, you are directed to submit this office a copy of same. Further, you are required to file the executed Waiver with this office in accordance with Rule 4 of the Federal Rules of Civil Procedure. Notices and Requests are enclosed.

A copy of Rule 4 of the Federal Rules of Civil Procedure is also enclosed.

If the above listed steps are not taken by you, this case may be dismissed as provided for in the Federal Rules of Civil Procedure.


cc: Court File