IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LAL BHATIA,                                                          PETITIONER/PLAINTIFF

VERSUS                                            Civil Action 5:16-cv-00011-KS-MTP

UNITED STATES OF AMERICA;
IMMIGRATION AND CUSTOMS ENFORCEMENT
JEH CHARLES JOHNSON, Secretary of the
 Department of Homeland Security;
SARAH R. SALDANA; Director of Immigration and
Customs Enforcement;
DAVID RIVERA, Field Office Director for the
New Orleans Field Office of ICE.                       RESPONDENTS/DEFENDANTS



## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that the new address of the above mentioned Plaintiff is hereby changed to:

    Name:      Lal Bhatia
    A No.:      750 12 956
    Address:   LaSalle Detention Center
                   P.O. Box 560,
                   Trout, Louisiana 71371

The Clerk is requested to make this change of address effective immediately.

April 4th 2016

_____
Lal Bhatia

## CERTIFICATE OF SERVICE

I, Lal Bhatia, hereby certify that I served the

## NOTICE OF CHANGE OF ADDRESS

by placing the aforesaid in a sealed first class postage paid envelope addressed to:

Clerk of the Court
U.S. District Court
Southern District of Mississippi
Western Division
501 E. Court Street, Suite 2.500
Jackson, Mississippi 39201

Civil Processing Clerk
United States Attorney's Office
Southern District of Mississippi
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201

Stevan E. Bunnel, General Counsel
Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20258

Loretta Lynch, Attorney General
U.S. Department of Justice
950 Pennsylvania, Ave. N.W.
Washington, D.C. 20530

Dated April 4th 2016

_____
Lal Bhatia