UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LAL BHATIA, #97562-011                                    PETITIONER/PLAINTIFF

V.                                    CIVIL ACTION NO. 5:16CV00011-KS-MTP

UNITED STATES OF AMERICAN;
IMMIGRATION AND CUSTOMS ENFORCEMENT;
JEH CHARLES JOHNSON, Secretary of the Department
of Homeland Security; SARAH R. SALDANA, Director of
Immigration and Customs Enforcement; DAVID RIVERA,
Field Office Director for the New Orleans
Field Office of ICE                                       RESPONDENTS/DEFENDANTS

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants respectfully move the Court for an extension of time to file its answer or other responsive pleading in this matter. Defendants' responsive pleading is presently due May 2, 2016; however, agency counsel has been out of the office on military duty until today. Defendants respectfully request that the Court allow an additional fourteen (14) days for Defendants to file their responsive pleading. The extension of time is necessary to allow sufficient time to appropriately respond to Plaintiff's claims. Defendants therefore respectfully request that the Court allow them until May 16, 2016, to file their responsive pleading to the Plaintiff's Complaint.

This the 2nd day of May, 2016.

                                          Respectfully submitted,

                                          GREGORY K. DAVIS
                                          UNITED STATES ATTORNEY

                                    By:   /s/Angela Givens Williams
                                          ANGELA GIVENS WILLIAMS

Assistant U.S. Attorney
501 E. Court St., Ste. 4.430
Jackson, Mississippi 39201
Telephone No.: 601/965-4480
Facsimile No.: 601/965-4409
MS Bar Number 102469
E-mail: angela.williams3@usdoj.gov

# **CERTIFICATE OF SERVICE**

I, ANGELA GIVENS WILLIAMS, Assistant United States Attorney, hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the ECF system and mailed a copy of the same to:

>Lal Bhatia
>Reg. No. 97562-011
>LaSalle Detention Center
>Post Office Box 560
>Trout, LA 71371

This the 2nd day of May, 2016.

>*/s/Angela Givens Williams*
>ANGELA GIVENS WILLIAMS
>Assistant U.S. Attorney