**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**LAL BHATIA, # 97532-011**                                                              **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 5:16-CV-11-KS-MTP**

**UNITED STATES OF AMERICA, et al.**                                         **DEFENDANTS**

## ORDER

This matter is before the Court on Plaintiff Lal Bhatia's ("Plaintiff") Objection/Appeal of Order Striking Discovery Requests ("Objection") [16].  On March 7, 2016, the Magistrate issued an Order [12] striking Plaintiff's discovery requests as premature, as no defendant was before the Court and discovery had yet to be authorized.  Plaintiff misinterpreted this Order to be a criticism of his claims, arguing in his Objection [16] that "the Magistrate Judge cannot criticize Plaintiff by alluding, in essence, that his allegations are merely speculations" and that the striking of these requests leaves him "to the mercies of Defendants' violations."  (Objection [16] at p. 2.)  The Magistrate's Order [12] states only, though, that the discovery requests [9][10][11] were filed before discovery was procedurally appropriate.  Plaintiff will be allowed to reassert his requests once the discovery process commences at the appropriate time.  The Court will therefore **deny** Plaintiff's Objection [16].

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's Objection [16] is **denied**.

SO ORDERED AND ADJUDGED this the 12th day of May, 2016.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE